| | |
|---|---|
| 1 | DANIELS, FINE, ISRAEL, SCHONBUCH & LEBOVITS LLP |
| | PAUL R. FINE (53514) |
| 2 | fine@dfis-law.com |
| | 1801 Century Park East, 9th Floor |
| 3 | Los Angeles, CA 90067-2302 |
| | Telephone: (310) 556-7900 |
| 4 | Facsimile: (310) 556-2807 |

SCHULTE ROTH & ZABEL LLP
WILLIAM H. GUSSMAN, JR. (*Admitted Pro Hac Vice*)
william.gussman@srz.com
MARK L. GARIBYAN (*Admitted Pro Hac Vice*)
mark.garibyan@srz.com
919 Third Avenue
New York, NY 10022
Telephone: (212) 756-2000
Facsimile: (212) 593-5955

*Attorneys for Plaintiff DSAM + Master Fund*

COOLEY LLP
ANGELA L. DUNNING (212047)
adunning@cooley.com
ALEXANDER GALICKI (308737)
agalicki@cooley.com
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5000
Facsimile: (650) 843-7400

*Attorneys for Plaintiff Bailey Venture Partners XXI, LLC*

JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAILEY VENTURE PARTNERS XXI, LLC, and DSAM + MASTER FUND,<br><br>Plaintiffs,<br>v.<br>RICHARD MUMBY,<br>Defendant. | Case No. 2:20-cv-10436-RGK-JPR<br><br>The Hon. R. Gary Klausner<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL PURSUANT TO THE STIPULATION OF THE PARTIES [FRCP 41(a)(1)(A)(ii)] |

**[PROPOSED] ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND IS HEREBY DISMISSED WITH PREJUDICE as to all parties, claims, and causes of action remaining in the case.  For the sake of clarity, the Court previously dismissed as "unripe" Plaintiffs' claim for declaratory relief relating to "future distribution[s]" that have yet to occur (Dkt. No. 37 at 7), and the parties have expressly reserved all claims, rights and defenses in regard to any future distributions.

Each party will bear its own attorney's fees and costs.  The Clerk is directed to close the file.

Dated: October 29, 2021    By: /s/ Gary Klausner
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE